```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11560
    DOROTHY HINES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8292

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/14/2006 and was confirmed 01/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC      10636.91        478.92       2448.27
ASPIRE                    UNSECURED            871.52           .00           .00
CITY OF CHICAGO PARKING   UNSECURED           3499.07           .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00           .00
SBC                       UNSECURED         NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           3415.95           .00           .00
SILKIES                   UNSECURED         NOT FILED           .00           .00
IQ TELECOM                UNSECURED         NOT FILED           .00           .00
B-LINE LLC                UNSECURED            577.40           .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       314.00            .00        314.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                       979.81
TOM VAUGHN                TRUSTEE                                          279.00
DEBTOR REFUND             REFUND                                           500.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                5,000.00

PRIORITY                                         314.00
SECURED                                        2,448.27
    INTEREST                                     478.92
UNSECURED                                           .00
ADMINISTRATIVE                                   979.81
TRUSTEE COMPENSATION                             279.00
DEBTOR REFUND                                    500.00
                      ---------------      ---------------
TOTALS                 5,000.00                5,000.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 11560 DOROTHY HINES

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE